# UNITED STATES DISTRICT COURT

**Eastern**                    **District of**                    **California**

THOMAS BELLUOMINI,

Plaintiff

V.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

COMMISSIONER OF SOCIAL SECURITY
        Defendant

CASE NUMBER:  1:10-at-00219

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this      29th      day of                    March                    ,      2010      .

/s/ Gary S. Austin
Signature of Judicial Officer

Gary S. Austin, U.S. Magistrate Judge
Name and Title of Judicial Officer