1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| THOMAS BELLUOMINI, ) | Case No.:  10-cv-00549 SKO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | EXTENDING TIME TO SERVE |
| ) | PLAINTIFF'S REMAND LETTER |
| Michael J. Astrue, ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

TO THE HONORABLE SHEILA OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including October 16, 2010, in which to deliver his remand letter to defendant.

///

///

///

///

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: September 20, 2010  Respectfully submitted,

ROHLFING & KALAGIAN, LLP


/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Thomas Belluomini


DATE:  September 20, 2010

BANJAMIN B. WAGNER
United States Attorney

/s/ *Armand D. Roth*

BY: _____
Armand D. Roth
 Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization September 20, 2010)

## **ORDER**

Upon the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to and including **October 16, 2010**, in which to serve Plaintiff's remand letter on Defendant.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause.  (Doc. 6 ¶ 14.)

IT IS SO ORDERED.

Dated:   **September 23, 2010**           **/s/ Sheila K. Oberto**
                              UNITED STATES MAGISTRATE JUDGE