1
2
3
4
5
6
7
8    **UNITED STATES DISTRICT COURT**
     **EASTERN DISTRICT OF CALIFORNIA**
9    **FRESNO DIVISION**
10

11   THOMAS BELLUOMINI,              ) Case No.: 1:10-cv-00549 SKO
                                     )
12                                   ) STIPULATION FOR DISMISSAL
             Plaintiff,              ) AND ORDER
13                                   )
         vs.                         )
14   MICHAEL J. ASTRUE,              )
     Commissioner of Social Security,)
15                                   )
                                     )
16           Defendant.              )
                                     )
17   _____

18
     TO THE HONORABLE SHEILA K. OBERTO, United States District
19
     Court, MAGISTRATE JUDGE OF THE DISTRICT COURT:
20
     ///
21
     ///
22
     ///
23
     ///
24
     ///
25
     ///
26

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above captioned matter be dismissed with each side to bear its own costs.

DATE: November 10, 2010     Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff Thomas Belluomini

DATED: November 10, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Chief, Civil Division

/s/ *Peter Thompson*
_____
Peter Thompson
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization November 10, 2010)

## **ORDER**

Upon the parties' stipulation, it is ORDERED that this matter be DISMISSED, with each party to bear its own costs.

IT IS SO ORDERED.

Dated:   **November 15, 2010**             **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE